**Electronically Filed
Supreme Court
SCWC-28826
01-AUG-2012
09:13 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

ROBERT KUTKOWSKI,
Petitioner/Plaintiff-Appellant/Plaintiff-Cross-Appellee,

vs.

PRINCEVILLE PRINCE GOLF COURSE, LLC, a Delaware Limited
Liability Company, Respondent/Defendant-Appellee/Defendant-
Cross-Appellant, and DOE CORPORATIONS 1-5, DOE LIMITED LIABILITY
COMPANIES 1-5, DOE PARTNERSHIPS 1-5, DOE ENTITIES 1-5, JOHN DOES
1-5, AND JANE DOES 1-5, Defendants.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28826; CIV. NO. 05-1-0004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna JJ.,
and Circuit Judge Nakasone, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellant/Plaintiff-Cross-Appellee
Robert Kutkowski's application for writ of certiorari filed on
June 25, 2012, is hereby accepted and will be scheduled for oral
argument.  The parties will be notified by the appellate clerk
regarding scheduling.

DATED: Honolulu, Hawai'i, August 1, 2012.

Margery S. Bronster,
Rex Y. Fujichaku, and
Joe P. Moss,
for petitioner

David W. Proudfoot and
Max W. J. Graham, Jr.,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Karen T. Nakasone

